## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.S.**                                            **CRIMINAL ACTION NUMBER: 1:04CR-7-R**

**JOHN ADWELL**                                                                              **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with Laura Wyrosdick, Assistant Federal Defender, appeared before me on October 11, 2005, and entered pleas of guilty as to Counts 1, 3, 5 and 6 of the Superseding Indictment pursuant to an 11(c)(1)(A)(C) plea agreement. The proceedings were reported by Dena Legg, Official Court Reporter. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1, 3, 5 and 6 of the Superseding Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have ten (10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending his appearance at sentencing before the Honorable Thomas B. Russell, United States District Judge.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0|30